UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                           BKY 12-46813

NORMAN, TIMOTHY WALTER
NORMAN, LISA JEANNE

                         Debtors.

## ORDER

This case is before the court on the application of James P. Agosto for allowance of legal fees and reimbursement of costs. Based on the application and the file,

IT IS ORDERED:

1. The applicant is awarded $4,900.00, as reasonable compensation for legal services and $331.00 for reimbursement for actual and necessary costs for a total of $5,231.00.

2. The applicant may apply the $700.00 he has received from the debtors in partial satisfaction of his award.

3. The trustee may pay $4,531.00 to the applicant pursuant to the debtors' plan.

Dated: March 28, 2013

                                            /e/ Robert J. Kressel
                                            United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/28/2013
Lori Vosejpka, Clerk, by LH