**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Case No: 12–46813 – RJK

Timothy Walter Norman
Lisa Jeanne Norman

Debtor(s)

Chapter 13 Case

**NOTICE RE: DECEASED ATTORNEY**

The debtor and those parties who receive electronic notice in this case are hereby notified of the death of attorney for the debtor, James P. Agosto, on 8/15/14.

The debtor is urged to seek substitute counsel. Alternatively, if the debtor wishes to represent him or herself in this case, the debtor is urged to consult the resources under the Filing Without An Attorney tab on the court's website and/or to obtain advice through the Twin Cities Bankruptcy Advice Clinics or the Duluth Consumer Credit Advocacy Project. See www.mnb.uscourts.gov.

A Notice of Appearance by substitute counsel or a letter from the debtor advising the court of the debtor's decision to proceed without counsel should be filed in this case as soon as possible

Dated: 8/29/14

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: qcmary
Deputy Clerk

**mnbdeaty 8/14**